CITY AND COUNTY OF HONOLULU, a municipal corporation, Plaintiff-Appellant, Cross Appellee, *v.* BONDED INVESTMENT COMPANY, LTD.; MOKULEIA RANCH AND LAND COMPANY, LIMITED; ANTONIO RUIS SALCEDO; SATORU IINUMA, Defendants, and LEROY ROBERT ALLEN and HIROKO ALLEN, Defendants-Appellees, Cross Appellants

No. 5243

APRIL 3, 1973

ABE, ACTING C.J., LEVINSON AND KOBAYASHI, JJ., AND CIRCUIT JUDGE MENOR IN PLACE OF RICHARDSON, C.J., DISQUALIFIED, AND CIRCUIT JUDGE LANHAM IN PLACE OF MARUMOTO, J., DISQUALIFIED

*Per Curiam.* The petition for rehearing is denied without argument.

Circuit Judge Lanham does not concur.

*Robert K. Richardson,* Deputy Corporation Counsel (*Richard K. Sharpless,* Corporation Counsel, of counsel) for the petition.